UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROMEO VALENTINO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV0480 AGF |
| ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Plaintiff's application for reimbursement of attorney's fees at the rate of $172.85 per hour for a total of 8.6 hours, for a total of $1,486.51 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Plaintiff is the prevailing party in his action challenging the Commissioner of Social Security's denial of his application for disability insurance benefits and supplemental security income. His request for fees is supported by appropriate documentation and the Commissioner states that he does not object to Plaintiff's application for fees nor to the amount Plaintiff has requested. Upon review of the record,

**IT IS HEREBY ORDERED** that Plaintiff's application for attorney's fees is **GRANTED** in the amount of $1,486.51. [Doc. #21]

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of October, 2009.